159 A.3d 935

Daniel KING, Petitioner

v.

RIVERWATCH CONDOMINIUM OWNER'S
ASSOCIATION, Respondent

Daniel King, Petitioner

v.

Riverwatch Condominium Owner's Association, Respondent

No. 409 MAL 2016

No. 410 MAL 2016

Supreme Court of Pennsylvania.

October 19, 2016

## ORDER

PER CURIAM

**AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.